**No. P67/340.**—Brown Boveri Corp. and Gehrig Hoban & Co., Inc. *v.* United States, protest 238861–K (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of automatic voltage regulators and parts thereof, which parts are dedicated to use on or for said regulators, similar in all material respects to those the subject of *Brown Boveri Corp.* and *Gehrig Hoban & Co., Inc.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 10, 1967

**No. P67/341.**—The Amalgamated Sugar Company *v.* United States, protest 64/938 (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of Weibull sugar blending and conditioning machinery and parts similar in all material respects to those the subject of *United States* v. *Union Sugar Div., Consolidated Foods Corp.* (54 CCPA 1, C.A.D. 892), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 16, 1967

**No. P67/342.**—Allen Forwarding Co. *v.* United States, protests 64/16875, 64/16876, and 64/20499 (Philadelphia).

BECKWORTH, J.   In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protests consist of rubber motorboats similar in all material respects to those the subject of *The Newman Company* v. *United States* (57 Cust. Ct. 117, C.D. 2739), the claim of the plaintiff was sustained.

**No. P67/343.**—Frankford Rubber Corp. *v.* United States, protests 66/5792 and 66/5419 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of synthetic rubber sheets similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.